UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:                                          )          Case Number:
                                                )
                                                )             Chapter:
                                                )
                                                )
                                                )
            Debtor(s)                           )

Enter:

Dated:                                                    United States Bankruptcy Judge

**Prepared by:**